UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOEL FROST,

                         Plaintiff,               6:20-CV-0904
                                                (GTS/DEP)

v.

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.


_____

APPEARANCES:                        OF COUNSEL:

OFFICE OF PETER W. ANTONOWICZ     PETER W. ANTONOWICZ, ESQ.
  Counsel for Plaintiff
148 West Dominick Street
Rome, New York 13440

SOCIAL SECURITY ADMINISTRATION    CHRISTOPHER LEWIS POTTER, ESQ.
  Counsel for Defendant
J.F.K. Federal Building, Room 625
15 New Sudbury Street
Boston, Massachusetts 02203

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

The above matter comes to this Court following a Report-Recommendation by United

States Magistrate Judge David E. Peebles, filed on November 9, 2021, recommending that the

Commissioner's decision denying Plaintiff Social Security benefits be affirmed, and that

Plaintiff's Complaint be dismissed.  (Dkt. No. 14.)  Objections to the Report-Recommendation

have not been filed and the time in which to do so has expired.  (*See generally* Docket Sheet.)

After carefully reviewing all of the papers herein, the Court can find no error in

Magistrate Judge Peebles' thorough Report-Recommendation, clear or otherwise: Magistrate

Judge Peebles employed the proper legal standards, accurately recited the facts, and correctly applied the law to those facts.  (Dkt. No. 14.)  As a result, the Report-Recommendation is accepted and adopted in its entirety; the Commissioner's decision denying Plaintiff Social Security benefits is affirmed, and Plaintiff's Complaint is dismissed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 14) is **<u>ACCEPTED</u>** and **<u>ADOPTED</u>** in its entirety; and it is further

**ORDERED** that the Commissioner's decision denying Plaintiff Social Security benefits is **<u>AFFIRMED</u>**, and Plaintiff's Complaint (Dkt. No. 1) is **<u>DISMISSED</u>**.

Dated:   January 18, 2022
          Syracuse, New York

Hon. Glenn T. Suddaby
Chief U.S. District Judge